UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

JUL 21 2014

PER _____
    DEPUTY CLERK

ANTHONY CORBIN,

      Plaintiff,

v.

TABB BICKELL, *et al*,

      Defendants.

Civil Action No. 3:13-CV-0856

(Judge Kosik)

## ORDER

AND NOW, THIS 21st DAY OF JULY, 2014, IT IS HEREBY ORDERED THAT:

[1] We adopt the Recommendation of Magistrate Judge Thomas M. Blewitt dated February 28, 2014 (Doc. 40), for the reasons stated in the Memorandum;

[2] Defendants' Motion for Summary Judgment (Doc. 31) is **GRANTED**;

[3] Plaintiff's Motion to Appoint Counsel (Doc. 45) is **DENIED**;

[4] Judgment is hereby entered in favor of the remaining Defendants and against the Plaintiff; and

[5] The Clerk of Court is further directed to **CLOSE** this case and to **FORWARD** a copy of this Memorandum and Order to the Magistrate Judge.

Edwin M. Kosik
United States District Judge